DAVID M. JOLLEY (SBN 191164)
Email: djolley@cov.com
ASHLEY SIMONSEN (SBN 275203)
Email: asimonsen@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111-5356
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

Attorneys for Defendant
TOOTSIE ROLL INDUSTRIES, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| KETRINA GORDON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TOOTSIE ROLL INDUSTRIES, INC., and DOES 1 through 10, inclusive,<br><br>    Defendants | Civil Case No.: 2:17-cv-02664<br><br>**DECLARATION OF ASHLEY SIMONSEN IN SUPPORT OF DEFENDANT TOOTSIE ROLL INDUSTRIES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT**<br><br>Complaint filed: February 10, 2017 |

I, Ashley Simonsen, declare and state as follows:

1. I am an associate at the law firm of Covington & Burling LLP. I am one of the attorneys representing defendant Tootsie Roll Industries, Inc. ("Tootsie Roll") in the above-captioned suit. I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto.

2. On February 10, 2017, plaintiff Ketrina Gordon ("Plaintiff") filed this action in the Superior Court of the State of California, County of Los Angeles. A true and correct copy of the Class Action Complaint ("CAC") is attached hereto as **Exhibit A**.

3. Tootsie Roll has informed counsel that Plaintiff served the CAC on Tootsie Roll by hand, delivering a copy of the CAC, a Summons, Notices of Case Assignment (for Non-Class Action and Personal Injury Cases), a set of Voluntary Efficient Litigation Stipulations, a Civil Case Cover Sheet, and an Initial Status Conference Order to Tootsie Roll's registered agent for service of process on March 10, 2017. A true and correct copy of the Summons served on Tootsie Roll is attached hereto as **Exhibit B**.

4. A true and correct copy of the Notice of Case Assignment for Non-Class Action Cases served on Tootsie Roll is attached hereto as **Exhibit C.**

5. A true and correct copy of the Notice of Case Assignment for Personal Injury Cases served on Tootsie Roll is attached hereto as **Exhibit D**.

6. A true and correct copy of the set of Voluntary Efficient Litigation Stipulations served on Tootsie Roll is attached hereto as **Exhibit E**.

7. A true and correct copy of the Civil Case Cover Sheet served on Tootsie Roll is attached hereto as **Exhibit F**.

8. A true and correct copy of the Initial Status Conference Order served on Tootsie Roll is attached hereto as **Exhibit G**.

9. In addition, the following document has been entered on the docket in this case in the California Superior Court for the County of Los Angeles: a February 24,

2017 Minute Order Regarding Newly Filed Class Action, a true and correct copy of which is attached hereto as **Exhibit H.**

10. A true and correct copy of an excerpt from Tootsie Roll's February 27, 2017 Form 10-K, stating that Tootsie Roll's state of incorporation is Virginia, is attached hereto as **Exhibit I**.  The full 10-K is publicly available at https://www.sec.gov/Archives/edgar/data/98677/000155837017001046/0001558370-17-001046-index.htm.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 7th day of April, 2017, in San Francisco, California.

By: _____
      Ashley Simonsen