# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KETRINA GORDON,<br>   Plaintiff,<br><br>    v.<br><br>TOOTSIE ROLL INDUSTRIES, INC.,<br>   Defendant. | CV 17-2664 DSF (MRWx)<br><br>Judgment |

  Plaintiff having failed to prosecute this action and to comply with this Court's orders,

  IT IS ORDERED AND ADJUDGED that plaintiff take nothing, that the action be dismissed and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: September 25, 2018

             Dale S. Fischer
             United States District Judge